TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00487-CV
 
 




 

 

In re Luis I.
Cuellar

 

 

J. M. and A. G., Appellants

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 




 
 
 FROM THE 207th
 District Court OF Hays COUNTY, 
 NO. 2011-1242,
 The Honorable William Henry, JUDGE
 PRESIDING
 
 




 

 


 
 
                                             O
 R D E R   T O   S H O W  
 C A U S E
 PER CURIAM
                         This is a contempt
 proceeding ancillary to the appeal of A.G.  The
 subject of this proceeding is Luis I.
 Cuellar, appellant’s attorney.
                         Appellant filed her
 notice of appeal on July 16, 2012, and her brief was due September 4,
 2012.  On September 7, 2012, we ordered
 counsel to file appellant’s brief no later than September 24, 2012.  No brief was received.  On October 4, 2012, we ordered Mr. Cuellar
 to appear in person before this Court on October 19, 2012, to show cause why he should not be held in contempt and have
 sanctions imposed.  The order further
 instructed that Mr. Cuellar would be relieved of his obligation to appear if
 the Clerk of this Court received appellant’s brief before October 19, 2012.  On October 18, 2012, the Clerk of this Court
 received appellant’s brief, and the hearing to show cause was stayed by the
 Court; however, the brief was not filed in accordance with the Texas Rules of
 Appellate Procedure in that the brief was not signed nor page numbered.  Notice of the defects was sent to Mr.
 Cuellar on October 18, 2012.  Additionally,
 the Clerk of the Court contacted Mr. Cuellar by telephone on October 29,
 2012, and again notified Mr. Cuellar of the defects and requested the filling
 of a corrected brief.  To date,
 appellant’s brief has not been filed.  
                         Therefore, Luis I. Cuellar is hereby ordered to
 file a brief complying with the requirements of the Texas Rules of Appellate
 Procedure before November 28, 2012.  It
 is further ordered that Luis I. Cuellar shall appear in person before this
 Court on Wednesday, November 28, 2012, at 1:30p.m., in the Third Court of
 Appeals courtroom, located on the first floor of the Price Daniel, Sr.
 Building, 209 West 14th Street, in Austin, Travis County, Texas, to show
 cause why he should not be held in contempt for his conduct related to the
 filing of appellant’s brief. Luis I. Cuellar’s obligation to appear before
 this Court will not be excused by the filing of a compliant brief before
 November 28, 2012.
 It is ordered on November 15, 2012.
  
 Before
 Justices Puryear, Pemberton,
 and Goodwin